Tyson M. Takeuchi, SBN 177419
LAW OFFICE OF TYSON M. TAKEUCHI
1100 Wilshire Blvd., Suite 2606
Los Angeles, CA 90017
Tel 213.637.1566
Fax 888.977.6310
tyson@tysonfirm.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | )) Adv. No.: 2:10-bk-62625-VZ |
| | )) |
| Joyce Miller, | )) Chapter 13 |
| | )) |
| Debtor. | )) VOLUNTARY DISMISSAL OF DEBTOR'S |
| | )) MOTION UNDER LOCAL BANKRUPTCY RULE |
| | )) 3015-1(n) AND (w) TO MODIFY PLAN |
| | )) OR SUSPEND PLAN PAYMENTS [DOCUMENT |
| | )) NUMBER 43 IN THE COURT'S DOCKET] |
| | )) |
| | )) |

Debtor Joyce Miller hereby voluntarily dismisses her Motion Under Local Bankruptcy Rule 3015-1(n) and (w) To Modify Plan or Suspend Plan Payments ("Motion"), filed on October 15, 2013 as item number 43 in the Court's docket, on the basis that the instant case has been dismissed, the Motion is moot.

DATED: June 4, 2014                    LAW OFFICE OF TYSON M. TAKEUCHI

                                      TYSON M. TAKEUCHI
                                      Attorney for Debtor

VOLUNTARY DISMISSAL OF MOTION